| | | |
|---|---|---|
| Fill in this Information to identify the case: | | |
| Debtor 1 | Crystal **First Name** | Cassandra **Middle Name** | Jones (deceased) **Last Name** |
| Debtor 2 (Spouse, if filing) | Dino **First Name** | Lionel **Middle Name** | Jones **Last Name** |

United States Bankruptcy Court for the District of Maryland

Case number: 17-17124

FILED
MAIL

2020 JAN 31 PM 12: 21

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

**Form 1340 (12/19)**

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| | |
|---|---|
| Amount: | 8057.92 |
| Claimant's Name: | Dino L. Jones |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 13426 Youngwood Turn Bowie MD 20715 |
| Reason Funds Were Not Received by Claimant | Estate check was valid for 90 days; by the time I gathered all information required expiration date had passed |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☐ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (*e.g.,* attorney or unclaimed funds locator).

☑ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☑ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation, including separate affidavit, with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Notice to United States Attorney**

☐ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

U.S. Attorney for the District of Maryland
36 S. Charles Street, 4th Floor
Baltimore, MD 21201

**5. Applicant Declaration**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 29 Jan 20

Signature of Applicant: [signed]

Printed Name of Applicant: Dino L. Jones

Address: 13426 Yarnwood Turn
Bowie MD 20715

Telephone: 301-943-5752

Email: Cameo1206@gmail.com

**5. Co-Applicant Declaration (if applicable)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: ___

Signature of Co-Applicant (if applicable): ___

Printed Name of Co-Applicant (if applicable): ___

Address: ___

Telephone: ___

Email: ___

**6. Notarization**
STATE OF VIRGINIA
COUNTY OF ARLINGTON

This Application for Unclaimed Funds, dated 01/29/2020 was subscribed and sworn to before me this 29th day of January, 2020 by DINO JONES who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)   Notary Public [signed]
My commission expires: 12/31/2022

Ishmael Lamptey
Commonwealth of Virginia
Notary Public
Commission No. 7797169
My Commission Expires 12/31/2022

**6. Notarization**
STATE OF ___
COUNTY OF ___

This Application for Unclaimed Funds, dated ___ was subscribed and sworn to before me this ___ day of ___, 20___ by ___ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)   Notary Public ___
My commission expires: ___

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

IN RE:

Crystal C. Jones (deceased)
Debtor(s)

Case No. 17-17124

Chapter 13

## CERTIFICATE OF SERVICE

Notice is hereby given to the Court that on __29 Jan 20__ (Date), the U.S. Attorney for the District of Maryland at 36 S. Charles Street, Baltimore, MD, 21201, was advised via first class mail of the intent of the individual(s) or entity below (hereafter "Claimant") to request the withdrawal of funds from the Court's Registry of Unclaimed Funds.

Dino L. Jones (spouse)
Name of Claimant

13426 Youngwood Turn Bowie MD 20715
Complete Address of Claimant

Respectfully Submitted,

_(signature)_
Signature of Claimant or Claimant's Representative

Dino L. Jones
Printed Name of Claimant or Claimant's Representative

13426 Youngwood Turn Bowie MD 20715
Complete Address of Claimant or Claimant's Representative

**SUBSCRIBED AND SWORN TO BEFORE ME** this __29th__ day of __January__, 20 __20__, in the County of __Arlington__, State of __Virginia__.

_(signature)_
Signature of Notary Public

Date Commission Expires: __12/31/2022__

Ishmael Lamptey
Commonwealth of Virginia
Notary Public
Commission No. 7797169
My Commission Expires 12/31/2022