## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **17–17124 – TJC**   Chapter: **13**

**Crystal Cassandra Jones**
Debtor

# DEFICIENCY NOTICE

| | |
|---|---|
| DOCUMENT: | 67 – Motion to Withdraw Unclaimed Funds from Court Registry in the amount of $8057.92 Filed by Dino L. Jones. (Attachments: # 1 Affidavit # 2 Research Documents) (Alexander, Lisa) |
| PROBLEM: | **The following items are deficient for the above pleading, and must be cured by 3/18/20.** |
| CURE: | A non–redacted drivers license with your current address is required. |
| CONSEQUENCE: | Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution. |

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 3/4/20

Mark A. Neal, Clerk of Court
by Deputy Clerk, Lisa Alexander
301–344–3378

cc:   Debtor
      Attorney for Debtor – Craig W. Stewart
      Dino L. Jones

defntc (rev. 12/12/2016)